**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

# CRIMINAL MINUTES

**Case No**: Cr. 04-381-MA  **Proceeding Date:** October 25, 2005

**Case Title: USA v.** ISMAEL DIAZ-CASTANEDA

**Presiding Judge**: Malcolm F. Marsh  **Courtroom Deputy**: Connie Armstrong

**Repor**ter: Dennis Grube  **Tape No:**  **AUSA:** BARON SHELDAHL

| DEFENDANT | COUNSEL |
|---|---|
| **P=Present NP= Not Present** <br> **R=Released C=Custody** | **P=Present NP=Not Present** <br> **A=Apptd  F=Fed Defender R=Retd** |
| (1) ISMAEL DIAZ-CASTANEDA <br> Location: P - C | (1) JOE CALHOUN <br> Presence-Type: P - A |
| (2) <br> Location: | (2) <br> Presence-Type: |
| (3) <br> Location: | (3) <br> Presence-Type: |
| (4) <br> Location: | (4) <br> Presence-Type: |

NOTIFICATION:

**Docket** Entry:

RECORD OF HEARING, Defendant's Motion (#41) to Suppress

Interpreter, Gloriela Webster, present

Witnesses sworn and testified:

1. Brad Helzer, Deputy Clackamas County Sheriff
2. Melinda Carrasco
3. Ruben D. Vela

Exhibits 1-7 offered by the government and received; all were returned to Mr. Sheldahl.

The defendant's motion to suppress was denied; defendant indicated he would enter a guilty plea and the date set is Tuesday, November 1, 2005 at 10:00 a.m.  The 2-day jury trial set for that date is stricken.

**Document Number:** _____
**CRIMINAL MINUTES**